# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 25 2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>HECTOR MIGUEL<br>    ALEJO-BOBADILLA,<br><br>                Defendant. | CASE NO. 11CR4417-L<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 25, 2011

Cathy Ann Bencivengo
U.S. Magistrate Judge